UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BERNARDO ORTIZ, | |
| Plaintiff, | |
| v. | Case Number 21-cv-01765 |
| WEXFORD HEALTH SOURCE, INC., et al. | Hon. Judge Kennelly |
| Defendants. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR PLAINTIFF TO RESPOND TO DEFENDANTS' SUMMARY JUDGMENT
MOTIONS**

Plaintiff, Bernardo Ortiz ("Plaintiff"), by and through his attorneys, respectfully moves this Court for an extension of time of seven (7) days until Wednesday, January 15, 2025, to file its responses to Defendants' respective summary judgment motions, and a reciprocal seven-day extension for Defendants to reply until January 29, 2025.

Plaintiff respectfully submits that good cause exists to extend Plaintiff's deadline to respond until January 15, 2025. *See* Fed. R. Civ. P. 6(b)(1) (the Court may for good cause grant requests for extensions of time made before the original time expires).

Both defendant groups filed separate motions for summary judgment on December 11, 2024. Per the Northern District of Illinois local rules, and this Court's Order, Plaintiff was provided 28 days to respond to both motions, resulting in a response date for each motion of January 8, 2025. Defendants' currently have a reply date of January 22, 2025. A status conference is set in this matter for February 5, 2025. A jury trial in this matter is scheduled to begin on March 31, 2025.

Plaintiff's incarceration, coupled with his need to review and comment on two separate motions for summary judgment and the multiple holidays and office closures taking place during Plaintiff's response window has necessitated the need for this request for additional time. Plaintiff is working diligently to meet the Court's deadline, but counsel is concerned about Plaintiff's opportunity to fully review and comment on the highly factual inquiry in the timeframe provided. Defendants do not oppose Plaintiff's request.

Plaintiff is mindful of the Courts admonishment regarding extensions and the firmness of these deadlines and the upcoming trial date (Dkt. 132, Dkt. 141) and does not make this request lightly. Plaintiff does not make this request with the intention of affecting the March 31, 2025, trial date.

For the foregoing reasons, and with respect to the Court's prior Orders, Plaintiff respectfully requests the Court grant Plaintiff's request for a seven-day extension of the remaining summary judgment briefing deadlines.

Dated: January 2, 2025            Respectfully submitted,

By: */s/ Kimberly A. Beis*
Stephen P. Benson
Kimberly A. Beis
Vorys, Sater, Seymour and Pease LLP
Mailing Address:
200 Public Square
Cleveland, OH 44114
Telephone: (312) 858-3705
*Counsel for Plaintiff, Bernardo Ortiz*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2025, I electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to all counsel of record.

*/s/ Kimberly A. Beis*
Kimberly A. Beis